ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

DOMINICK DEVITO,
DANIEL FORBES,
ROBERT DIDONATO,
JOHN LISCIO, and
LOUIS CORDASCO, Jr.,

        Defendants.

- - - - - - - - - - - - - - - - x

**UNSEALING ORDER**

S3 06 Cr. 1089

WHEREAS, the above-captioned Indictment was returned on November 29, 2007 and, upon application of the Government, ordered to be filed under seal; and

WHEREAS the Government has requested that the above-captioned Indictment be unsealed;

IT IS HEREBY ORDERED, that, the Indictment docketed as S3 06 Cr. 1089 be unsealed.

Dated: New York, New York
      December 3, 2007

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 3 2007

**FRANK MAAS**
United States Magistrate Judge
Southern District of New York