EDWARD S. PANZER
*Attorney at Law*

111 Broadway
Suite 1706
New York, NY 10006
Telephone: 212.514.5335

17 January 2008

**VIA FAX 212-805-6191**

Honorable Barbara Jones
US District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 1/23/08

Re: United States v. DeVito, et al.
S3 06 Cr. 1089 (BSJ)

Dear Judge Jones:

Pursuant to my telephone conversation with one of your clerks this morning, I am sending this fax. I wish to inform the court that Mr. DeVito's mother has developed a brain tumor and is being operated on tomorrow at Sloan Kettering Hospital.

Unfortunately, it is important that he be at the hospital, therefore, this is a request that he be excused from the pretrial conference before your honor on January 18 at 2pm. I have notified the Assistant U.S. Attorney, Katherine Goldstein. Unfortunately she was not at her desk but I left a message for her.

Thank you for your kind consideration.

Very truly yours,

E S Panzer

Edward S. Panzer, Esq.

Application GRANTED
SO ORDERED
Dated:
BARBARA S. JONES
U.S.D.J.
1/18/08