GEORGE L. SANTANGELO
ATTORNEY & COUNSELOR AT LAW
111 BROADWAY
SUITE 1706
NEW YORK, NEW YORK 10006

PHONE (212) 269-4488

FAX (212) 363-6978

19 May 2008

Honorable Barbara S. Jones
United States District Court
500 Pearl Street
New York, NY

                Re: <u>United States v. DeVito, et al.</u>
                <u>06 Cr. 1089 (BSJ)</u>

Dear Judge Jones:

    On behalf of all defendants please extend the date within which the defendants are to file motions for particulars from 21 May, 2008 to Tuesday, May 27, 2008. The government, per AUSA Goldstein, consents to this application.

                            Very truly yours,

                            George L. Santangelo, Esq.
                            Attorney for Dominick DeVito

CC: By Fax Only
AUSA Katherine Goldstein
All Defense Counsel

*[Handwritten note:] Application granted. Defendants' motions are now due May 27, 2008. Government's opposition due June 3, 2008. The schedule for defendants' motion for severance remains unchanged.*

SO ORDERED
Dated:
                BARBARA S. JONES
                U.S.D.J.
                May 20, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/21/08