

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 4, 2008

**By Facsimile**
Honorable Barbara S. Jones
United States Courthouse
500 Pearl Street, Rm. 620
New York, NY
Fax: (212) 805-6191

      Re:    **United States v. DeVito, et al.**
              **S4 06 Cr. 1089 (BSJ)**

Dear Judge Jones:

      The Government respectfully submits this letter regarding the scheduling for pretrial motions in the above-captioned matter. Today, defense counsel for Dominick DeVito, George Santangelo, Esq., submitted a request for an extension of time within which to file pretrial motions, except for severance motions. In his letter, defense counsel requested a thirty-day extension of time from date of the Court's ruling on the bill of particulars motions now being briefed for the Court. Following discussions with Mr. Santangelo, the parties respectfully request that the Court amend its order to provide for only a two-week extension of time for the filing of pretrial motions (except for the severance motions). Mr. Santangelo joins in this request.

Application GRANTED.

SO ORDERED
Dated:
      BARBARA S. JONES
      U.S.D.J.
6/4/08

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: Katherine R. Goldstein
Assistant United States Attorney
(212) 637-2641

cc:    all defense counsel (by facsimile)

USDC SDNY
DOCUMENT
ELECTR... FILED
D...
6/5/08