GEORGE L. SANTANGELO
ATTORNEY & COUNSELOR AT LAW
111 BROADWAY
SUITE 1706
NEW YORK, NEW YORK 10006

PHONE (212) 269-4488

FAX (212) 363-6978

11 June 2008

Honorable Barbara S. Jones, USDJ
Southern District of NY
500 Pearl St
New York, NY 10007
By Fax: 212-805-6191

                Re: United States v. De Vito, et al.
                S3 06 Cr. 1089 (BSJ)

Dear Judge Jones:

      Please extend the time within which my office may file a motion for severance for Mr. DeVito to Friday, June 20, 2008. Because of other, previously unforeseen responsibilities I will be unable to file the motion on Friday, June 13, 2008. The government has no objection.

                Very truly yours,

                George L. Santangelo
                Attorney for Dominick DeVito

CC:
AUSA Goldstein
All defense Counsel

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/12/08

Application GRANTED

SO ORDERED
Dated:
    BARBARA S. JONES
    U.S.D.J.
6/11/08