UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────────────

UNITED STATES OF AMERICA

   -  against -

DOMINICK DEVITO et al.

                              Defendants.

S4 06 Cr. 1089 (BSJ)

───────────────────────────────────────────────

### NOTICE OF DEFENDANT DOMINICK DEVITO'S MOTION
### FOR SEVERANCE OF COUNTS AND/OR PARTIES

    PLEASE TAKE NOTICE, that upon the annexed affirmation of George L. Santangelo, Esq., duly affirmed the 20th day of June, 2008, the Memorandum of Law and all prior proceedings had herein, the defendant Dominick Devito will move this Court at the Courthouse located at 500 Pearl Street, New York, New York, at a date and time to be designated by the Court for an order pursuant to Fed. R. Crim. Pro. 8 and/or Fed. R. Crim. Pro. 14: (A) severing his trial from that of defendants Liscio, Cardasco and Didonato; (B) severing trial of Count 13 from trial of any other counts; and (C) for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
June 20, 2008

                                            Yours, etc.

                                            _____
                                            LAW OFFICES OF
                                            GEORGE L. SANTANGELO
                                            111 Broadway, Suite 1706
                                            New York, New York 10006
                                            (212) 269-4488
                                            *Attorney for Defendant Dominick Devito*

TO:

Honorable Barbara S. Jones
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

AUSA Kathleen Goldstein
Assistant U.S. Attorney
Office of the U.S. Attorney, Southern District of New York
One St. Andrews Place
New York, NY 10007

Law Offices of Lawrence S. Goldman
500 Fifth Avenue, 29th Floor
New York, NY 10110

Angelo G. MacDonald, Esq.
Pappalardo & Pappalardo, LLP
700 White Plains Road, Suite 355
Scarsdale, NY 10583

Lawrence DiGiansante, Esq.
984 Morris Park Avenue
Bronx, NY 10462
Edward McDonald, Esq.

Dechert LLP
1095 Avenue of Americas
New York, NY 10112