

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 25, 2008

**By Facsimile**
Honorable Barbara S. Jones
United States Courthouse
500 Pearl Street, Rm. 620
New York, NY
Fax: (212) 805-6191

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08
```

   Re: **United States v. DeVito, et al.**
     S4 06 Cr. 1089 (BSJ)

Dear Judge Jones:

   The Government respectfully submits this letter regarding the scheduling for pretrial motions in the above-captioned matter. On June 11, 2008, the Court granted defense counsel for Dominick DeVito, George Santangelo, Esq., an extension of time within which to file severance motions until June 20, 2008. At that time, however, the Court did not reset the date by which the Government could file a response to the various severance motions filed by the defendants. The Government received DeVito's memorandum of law in support of his severance motions on Monday, June 23, 2008. Defendants Liscio and Cordasco have also filed severance motions.

   Accordingly, the Government respectfully requests that the Court extend the time by which the Government must file a response to all pending severance motions until July 7, 2008. The Government further suggests that the Court schedule oral argument on the severance motions for the week of July 21, 2008, or another date and time convenient for the Court.

   The Government has spoken to Lawrence S. Goldman, Esq., counsel for Louis Cordasco, Jr., who consented to this request. Mr. Goldman asked the Government to remind the Court that he will be out of the country from approximately July 4 to July 15, 2008. Mr. Goldman also indicated that he anticipated filing a reply brief. The Government has attempted to accommodate Mr. Goldman's requests in its proposed schedule. The Government has sought consent from defense counsel for Messrs. DeVito and Liscio, but has yet to hear back from them.

*Application is granted.*
*Oral argument on severance motions to*
*be held on Wed., July 23, 2008 at 10:00AM.*

SO ORDERED
Dated:   /  BARBARA S. JONES
         U.S.D.J.   6/25/08

Honorable Barbara S. Jones
December 5, 2007
Page 2

Thank you for your consideration of this request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: *[signature]*

Jonathan B. New
Katherine R. Goldstein
Assistant United States Attorneys
(212) 637-1049/2641

cc: all defense counsel (by facsimile)