# GEORGE L. SANTANGELO
ATTORNEY & COUNSELOR AT LAW
111 BROADWAY
SUITE 1706
NEW YORK, NEW YORK 10006

PHONE (212) 269-4488

FAX (212) 363-6978

26 June 2008

**By Facsimile**
Honorable Barbara S. Jones
United States Courthouse
500 Pearl Street, Rm. 620
New York, NY
Fax: 212-805-6191

Re: United States v. DeVito, et al.
S4 06 Cr. 1089 (BSJ)

Dear Judge Jones:

Argument on the defendants' motions for Particulars is scheduled for June 27, at 3PM. Mr. DeVito is in Florida on business, with the consent of his Probation Department. He originally intended to attend the argument but because of unexpected business obligations on Friday the 27th and Monday the 30th he wishes to be excused from attendance. I have notified the AUSA, Jonathan New, by e-mail and voice mail but he has not yet responded.

Please excuse his presence in court on the 27th.

Very truly yours,

George L. Santangelo

Cc: AUSA Jonathan New, Esq.

Application GRANTED.

SO ORDERED
Dated:
BARBARA S. JONES
U.S.D.J.
6-27-08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/27/08