UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA )
)
v. ) NOTICE OF APPEARANCE AND REQUEST
) FOR ELECTRONIC NOTIFICATION
Dominick DeVito, et al., ) 06 Cr. 1089
)
Defendants. )

TO: Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case in addition to AUSAs already on the case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

by:   /s/ Katherine Goldstein
     Katherine R. Goldstein
     Assistant United States Attorney
     (212) 637-2641

TO: George Santangelo, Esq.
    Edward Panzer, Esq.
    Angelo McDonald, Esq.
    Lawrence Goldman, Esq.
    Lawrence DiGiansante, Esq.