**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**

26 Federal Plaza
New York, New York  10278

| | |
|---|---|
| File Number: | 281A-NY-289758 |
| Date: | 2/2/2005 |
| Time: | 16:50:24 |
| Tape Number: | |
| Agent: | SA MICHAEL HARTNETT |

**Participants:**

| | |
|---|---|
| John DeBello | JD |
| John Liscio | JL |
| Lou Cardasco | LC |

**Abbreviations:**

| | |
|---|---|
| Unintelligible | UI |
| Inaudible | IA |
| Phonetic | PH |

/tld

281A-NY-289758


       This is SA Michael B. Hartnett, along with SA John Penza.  The date is February 2, 2005, the time is approximately 9:26 PM.  I'm going to make a consensual recording between John DeBello and John Liscio at, with Lou Todasco as well.  The time is 6:26 PM approximately.

       (Walking sounds and background noises)

       (Television playing in background)

| | |
|---|---|
| JD | I expected you to call me (UI) |
| JL | What are you fuckin' sick?  Are you sick? |
| JD | Why didn't you call me I would have (UI) |
| JL | Cause I got a heart problem, what are you crazy, I can't, I can't lift my feet up like that. |
| JD | (UI) |
| LC | Lou. |
| JD | How are you?  John. |
| LC | John, how are you, remember me? |
| JD | Uh no.  (Laughs) |
| JD | From... |
| LC | Brae Burn |
| JD | Brae Burn, I don't know if we met there because you came to my house in Scarsdale. |
| LC | We met in Scarsdale I met you at the, the restaurant there on East Chester. |
| JD | Oh that's right, that time in Scarsdale. |

281A-NY-289758


LC      You came off surgery that night.

JD      Oh, oh alright.

LC      (UI)

JD      I don't have the money to plow the whole house.

JL      Listen to me I don't care, a, a walkway  at least.
        Come on.

JD      UI Garages. What do you wanna do.

JL      Well we're gonna look.

JD      Do you wanna look at the attic what do you wanna do?

LC      What, what, what do you wanna do?

JD      I don't know this is up to you guys.

JL      He, he doesn't know. He's kinda, ya know......

JD      I'm green.

JL      UI

LC      Yeah.

JD      You tell me what, what happens like uh,...

LC      What, what  you wanna make something happen.

JL      Wanna make some damage.

JD      Okay.

LC      Hey wait a minute.

UM      Alright.

LC      What kind of heating system do you got hydro air?

- 3 -

281A-NY-289758


JD      Yeah I think so, do you wanna check it.

LC      From the attic.

JD      Yeah.

LC      Okay, well that's probably your best bet from the attic, how much do you wanna make.  How much damage you wanna make.

JL      Listen, listen, you know I told him that you, you can get the clean up and construction.

JD      Yeah that's fine.

JL      Okay.

JD      Well we'll talk about that cause I wanna make sure...

LC      It's Chubb

JL      It's Chubb

JD      It's Chubb.

LC      It's great.

JD      That's the best.

JD      Alright he said that.  Otherwise  you know what it is...I'm thinking about too with the um, that claim I had at Brae Burn.  I don't want that coming back to haunt me. That was Royal...

LC      Diff...different, different company.

JD      So don't worry about it right.

JL      That's Royal

JD      That's what?

281A-NY-289758

| | |
|---|---|
| JL | That was Royal insurance. |
| JD | (UI) Right so I'm just saying... |
| LC | (UI) You had Chubb on the other house on Scott, and he had encompassed on the... |
| JL | No you don't own Scott. |
| JD | I don't own Scott |
| LC | No I know... |
| JL | That was Lammana. |
| LC | Right. |
| LC | Joey at his house, and you had the thing at your house in Scarsdale. |
| JD | Yeah I never put a claim in. |
| LC | I know, you had Chubb though. |
| JD | I had Chubb. |
| JL | He had Chubb, they're the best.  No claim ever went in there. |
| JD | Yeah, in Scarsdale I never put a claim in. |
| JL | At Brae Burn. |
| JL | (UI) you know cashed it . |
| JD |  When he took it, he took the money. |
| JD | I didn't even know he existed. |
| JL | He took the money. |
| JD | So that's what I was telling him, I was afraid of that this time. |

281A-NY-289758

LC      So the, the house right now is in who's name?

JD      No it's mine, it was always my house.

LC      This, this house?

JD      Oh uh, my wife.

LC      Okay.

JD      Yeah.  So that matters (UI)

UM      (UI)

LC      Yeah well it, is there (UI)    is there a mortgage on
        the house?

JD      Yeah.

LC      Okay so the, the bank, the bank's name will be on the
        check, your wife's name would be on the check.

JD      Okay.

LC      And probably my name would be on the check.

JD      Okay.

JL      Over there Dominick  took the money for the damage to
        the structure and he took the contents and junked them
        okay.

JD      He never told me (UI) much at Brae Burn.

JL      John you got a beautiful house here.

JD      Thanks.

LC      They had an issue at Scott Circle due to the fact that
        there was no one livin' in it so they depreciated the
        fuckin' piss out of it.

281A-NY-289758

| | |
|---|---|
| JL | And what they did was they gave them an 80 thousand deductible. |
| JD | Yeah. |
| UM | While (UI) |
| JD | Well Sherri tried to say that uh, someone lived in that house.  Whatever, so this is better when someone's living in the home. |
| LC | Well if it's, it's furnished then now they know someone's living in the house. |
| JD | Okay.  Huh.  Okay. |
| UM | Alright. |
| JD | So what, what do you wanna do, look in the attic. |
| LC | Let's go from the top down. |
| JL | Is that heat? |
| JD | Yeah, the heat's going on. |

(walking)

| | |
|---|---|
| JD | You alright, did you fall down going up the stairs? |
| JL | I had a (UI) |
| JD | What happened? |
| JL | (UI)        I don't know I got, I got heaviness. |
| JD | Well watch what you're doing. |
| JL | Must be muscular,  it's gotta be muscular. |
| JD | Well you hope so. |

281A-NY-289758

JL        Yeah, no it's...

JD        That's what you hope for.

JL        I start my cardio next week.  I start my workout next
          week.

JD        Well obviously...(UI)

JD        Now what did Dominick break, this?

LC        Yeah he had the uh, the copper line.

JD        It was the sprinkler with copper.

LC        It wasn't a sprinkler, it was just a copper line.

JD        Oh I see.

LC        That he claimed it was uninsulated.  There was no
          fuckin' way in hell it wasn't insulated.  It had to be
          insulated cause it would never get the CO.

JD        Right, right, right.

LC        (Laughs)  It had to be insulated.

JD        Right.  See if we break this though, I mean  this is a
          lot of damage.

LC        (UI)

LC        This is even better, cause, do you have antifreeze in
          the line do you know?

JD        I'm assuming I don't know.

LC        Well, believe me half the people in Harrison and
          Purchase don't know what the fuck they got because,
          things get passed in this town (UI)

JL        But you, you gotta walk him through, he has no idea, he

281A-NY-289758

|     |                                                                                           |
| --- | ----------------------------------------------------------------------------------------- |
|     | has no clue.                                                                              |
| JD  | Obviously yeah.                                                                           |
| JL  | You understand.                                                                           |
| JD  | But I'm saying if that pipe is damaged, there's a lot of, -                              |
| LC  | Oh yeah.                                                                                  |
| JD  | - that's a lot of water.                                                                 |
| LC  | Let me ask you the question, when you, if and when this occurs, where are you gonna be livin'. |
| JD  | I'll, I got another house.                                                               |
| LC  | Okay.                                                                                     |
| JD  | Alright, cause I, I, I can't live here.                                                  |
| LC  | Well exactly so they're gonna, they're gonna, you own the other house?                  |
| JD  | Yeah.                                                                                     |
| LC  | Okay, so what I was thinking is if you really wanna fuckin' hit a homerun, after living expenses, the house in your name, the other house? |
| JD  | Uh, my name yeah.                                                                        |
| LC  | Okay, that's how you get, get, you get the ALE coverage.                                |
| JL  | Right.                                                                                    |
| LC  | Chubb will pay like 12 thousand dollars, 20, 20 thousand dollars a month to live somewhere else, they'll find your house, so if that house is not under your name you can say well I had found a house in |

281A-NY-289758

|      | Scarsdale and it's under someone else's name, bada bing, but I'm paying him another 20 thousand dollars (laughs) |
|------|------|
| JD   | Alright okay. |
| LC   | But if it's under your name there's gonna be a little bit of a problem so... |
| JD   | Yeah. |
| LC   | I know you got multiple, there's multiple houses in the area. |
| JD   | Yeah I,  alright. |
| JL   | Well you don't have to say anything. |
| LC   | Huh? |
| JL   | He doesn't have to move into uh, Brae Burn |
| LC   | No he can... |
| JD   | Move somewhere else. |
| LC   | - do whatever he wants but the bottom line is - |
| JL   | Right. |
| LC   | It's procedures here, capish I mean if, you know, you know, you move into your other house I mean they're not gonna pay you for it. |
| UM   | (UI) |
| LC   | You move into a house you gotta rent cause you can't live here... |
| JD   | Right. |
| LC   | They, they (UI) |

281A-NY-289758

JL      Usually (UI) problems is with the uh, (UI)

LC      No, it's, it's gonna get cold up here  and they freeze.
        And that would definitely be a...

JD      Now do we have to break this one or is there something
        else we could break and, cause this is a big, this is
        big damage.

LC      Well that's, well what do you want, what do you wanna
        do here.

UM      (UI)

JD      I'm just curious.

JL      (UI) either you want big or you want (UI)

LC      You don't get half pregnant, you get (UI) or you don't.

JD      Alright I got you.

JL      You know.  You can't control the water (UI)

JD      Okay.

LC      I mean are you gonna be like on vacation when this
        happens or are...

JD      I don't know that's what I'm saying, you guys tell me
        what happens.

LC      Well the thing is, you, you gotta get the whole fuckin'
        story straight before you do anything.  (UI) then they
        question you on under oath and shit like that though.

JD      Now these Chubb people though you know them or no
        problems or...

LC      Well then thing is when the claim is reported by the
        broker which is you, you basically tell them that you
        got people here taking care of the emergency work and

281A-NY-289758

|      | it's a very large claim in the excess of dollar amount. At that point they'll send the top guy who I know.  Now he's gonna be, he's gonna be part of the action too. |
|------|------|
| JD   | Okay. |
| UM   | To make the numbers go. |
| JD   | Oh, okay.  (UI) |
| JL   | (UI) |
| JD   | Alright.  What is he, who pays him I do or, you do? |
| LC   | I do. |
| JD   | Yeah, okay.  Oh, cause the truth is at, you know Brae Burn, this money went out the window. I didn't even know it existed so I, I told him that the other day I don't wanna get circumvented you know. |
| UM   | Mm. |
| JD   | Like I don't wanna say hey – |
| JL   | Oh by the way... |
| JD   | – say here's your fifty thousand meanwhile you guys get 700. |
| JL   | And by the way, and by the way you owe, now you owe me 70 thousand, just thought I'd let you know. |
| JD   | How much? |
| JL   | 70.  The thing was 700 over there, the house is in your name, I got fucked, so he's in jail so – |
| JD   | Alright. |
| JL   | – so, so... |

281A-NY-289758


JD        I gotta pay you for his uh...

(overlapping voices)

LC        Yeah, (UI) you gotta get down the stairs though (UI)

JD        (UI) get out of here.

UM        (Laughs)

JD        We're not, we're not (UI)

UM        (UI)

LC        I think John should just fall outside on the front lawn
          and it's all over.

JD        Yeah there we go.

LC        We get a fuckin' quick million and we're out of here,
          settle out of court with Chubb  forget it.

JL        So he has one week to do this Lou.

LC        Well the thing is I, what I wanna do is I wanna speak
          to my plumber.

JL        Okay.

LC        In person, I don't wanna talk to him on the phone.

JL        Alright.

LC        I'll talk to him about the hydro system.

JD        I mean who's gonna, yeah who's gonna break the pipe
          too, (UI) what are you gonna, what are you gonna do hit
          the thing with a hammer I mean I don't know.

LC        No you just gotta, you gotta, somehow you gotta
          freakin' like, do it naturally just freeze it up or
          just kind of pop.

281A-NY-289758

JD      How do you, how do you freeze a pipe that has
        antifreeze in it?

LC      You could freeze it, don't worry they, they, they're
        poppin' all over the place right now.  Either that or
        you could use the hydro air.

JL      (UI) got about four or five million dollars in claims
        right now.

JD      Really.

JL      Yeah.

JD      That's a lot of money.

LC      See these copper lines here?

JD      Yeah, those are better.

LC      Well I wanna speak to my plumber and see the best way -

JD      Alright.

LC      - that we can do this.

JD      Just stop by or whatever.

LC      Yeah what I'll do is I'll, I'll get all your
        information before I leave today,  well it'll be from
        here down.

JD      Fine

LC      And with Chubb there's always like a matching issue.
        When you got a beautiful house and everything flows.

JD      Oh I got you.

UM      To do something you have to basically do everything.

JD      Oh so even if the house is not a hundred percent

- 14 -

281A-NY-289758

|     |     |
| --- | --- |
|     | wrecked, they gotta think      the whole house goes back to normal. |
| LC | Exactly, exactly.  So then, we would go down from the attic, down to the second floor, down to the first floor down to the basement.  I think it's gonna be, you know. |
| JD | So that's why you gotta break something upstairs. |
| LC | If you, if you let this thing fuckin' run how long - |
| JL | Oh forget it. |
| LC | - I mean you know that's.... |
| JL | You're talking walls and ceilings and floors and everything. |
| LC | We, we, we could do a, a major ren...you know basically renovation, we could do a mold job, due to the fact that you know mold is a big issue with the insurance companies now, I mean it's gonna fuckin' go whatever you want. |
| JD | Right. |
| LC | So what kind of coverage do you have?  Do you know (UI) pretty good coverage. |
| JD | I don't even know. |
| LC | I'm sure you got coverage.  A million, a million at least, a million five. |
| JL | Closer to three, two to three. |
| LC | So that means you got half that in contents. |
| JL | Right. |
| LC | What are you gonna do with your contents. |

281A-NY-289758

JD       I don't know.

LC       It's your personal stuff.

JD       Yeah I mean what, I mean what's my stuff really worth?

LC       Yeah, I'm sayin' bottom line, once this stuff happens
         if, if this stuff gets trashed, it gets trashed.

JL       -  (UI) the insurance company will pay you for it, then
         they gotta pay you for the destruction.

LC       Try, try to have it damaged this way it looks, it looks
         legit you know what I'm saying.

JD       So should I move stuff that I don't wanna get damaged
         out of the way?

LC       Right, and we'll just get it out of the house.

JD       Like personal stuff or whatever.

JL       Yeah, right.

LC       Any stuff sentimental.

JL       They'll pay you for the contents too.

JD       That's what I'm saying yeah, alright.  I'm saying if
         there's like sentimental stuff that can't be really
         replaced why do I want that to get damaged.

LC       Yeah put it, put it somewhere else or just get it out
         of the house, like photo albums and shit like that,
         cause -

JD       Right.

LC       - once this happens we don't know where the fuck the
         water's gonna go.

JD       Right.

281A-NY-289758


LC      Now see this is all insulated so you're gonna lose all
        the fuckin' plywood up here  all the insulation, all
        the duct work might get fucked up.  You know this could
        be big.

JD      Alright.

JL      So you gonna speak to your plumber, speak to your
        plumber?

LC      Let's walk the rest of the house so I can get another
        idea too.

JD      Yeah.

LC      (UI) divide it up.

JD      Yeah.

JD      It was like this I didn't do anything to this house.

JL      Hey big guy.  (talking to the dog)  You still got that
        dog?  He's old huh?

JD      Ten years old.

JL      Wow.

LC      What's this?

JD      Playroom.

LC      I actually walked this house when it was being built.
        Did Mary Ann Berliner own this house?

JD      Yeah she owned, she built it.

JL      She built it.

LC      What you got here?

JD      (UI)

281A-NY-289758


LC       Do you use that treadmill?

JD       Uh, yeah on occasion.

LC       Huh?

JD       On occasion.

JL       Bro, you gotta use the treadmill.

LC       What's that the maid's area?

JD       Well like a guest bedroom.   Toy room.

LC       This is over the garage?

JD       This is over the garage.

JD       This is right over like a two car garage (UI).

LC       This is all gonna be destroyed

JD       This too?

LC       Yeah.

JD       All depends on where the water comes from.

LC       (UI) exactly, we don't .

JL       Oh yeah this over here, the floors, everything from
         here to downstairs, what's underneath here, the garage?

JD       The garage.

JD       You're talking about the whole house gettin' destroyed.


LC       (UI) the weather.

LC       It's gonna be warm, it's gonna get warmer over the
         weekend.

281A-NY-289758

JL          It's gonna be in the 40's.

LC          We gotta plan this where it's gonna pop.  So we can say
            basically it was frozen then popped, I mean they don't
            know.

JD          What I'm saying is, is there like a temperature
            dependent like if it's a 40's and it pops, it's weird.

LC          Well the thing is obviously you know, you've had the
            heat on, you've had, you, you paid your bills, they,
            they ask you questions like let me see your recent oil
            bill that you paid that you kept, you kept the house
            maintained.

JD          Right.

LC          You had heat in the house, no problem, (UI)

JD          Yeah.

JL          Everything maintained.

JD          Yeah we run out of oil once in awhile.  It happened
            just two days ago.

LC          Who's your oil company?

JD          I don't even know, well I think Roberson, I don't even
            know.

LC          Okay, but there is a full tank in there right now.

JD          Uh, right now there is yeah.

LC          And you said (UI) too.

JD          Yeah.

UM          (UI)

JD          Yeah I didn't buy any furniture (UI)

281A-NY-289758

UM        There you go, (UI)

LC        Is this the boys' room.

JD        The boys' room.  My daughter's room, it's locked.

LC        Do you have twins?

JD        Uh, no they're uh, eight and four, and my daughter is
          seven going on 50.

LC        Another bedroom over here.

JD        Yeah.

LC        Is this another bedroom over here.

JD        That's my bedroom.

JD        (UI) What's the matter?

LC        Nothing

JD        My wife's gonna cry.

LC        Why?

JD        (UI)

LC        Any of her and your favorite clothes..

JD        Well I'm not gonna say anything to her.

LC        Well but who wants (UI)

JD        That's why (UI)

UM        (UI)

JD        Yeah ya know.  I got, I got pull around here.

UM        Huh?  (UI) what's up with that.  (UI)

- 20 -

281A-NY-289758

UM          (UI) closet.

UM          (UI)

LC          Basically um, the center hall over is gonna get the
            worst blast of it depending on which tank goes.

LC          Now see your, your unit is right above here the uh,
            hydro air unit.

JD          Right.

LC          So this is gonna fuckin' destroy it.  (UI)

LC          (UI) settling

JD          What does that mean?

LC          No,  that's just the house settling (UI)

JD          Oh okay.

UM          Yeah.

JD          Oh I thought it's like a place for water to flow (UI)

UM          Yeah um...

UM          (UI)

UM          Hm.  (UI) Interesting.

UM          (UI)

JD          How you doing, alright.

JL          I got some uh, some muscle pains you know.  And uh, uh,
            this happened last night and uh, you know this happens,
            a little heaviness when I breath and uh, I was (UI)
            a little bit Saturday, you know.

JD          There you go.

281A-NY-289758

JL      The doctor says...

LC      I saw him a couple of days before Thanksgiving, didn't
        speak to him, and the holidays went by (UI)

LC      Didn't talk to him. I says John what are you doin',
        let's have lunch. Lou...I gotta tell you somethin'. I
        said what....I just got out of the fuckin' hospital.
        Yeah, I had a fuckin' heart attack. You, you're kidding
        me.

JD      How old are you?

JL      46.

JD      God damn.

LC      I said you gotta be fuckin' kiddin' me.

JL      It happened just like that and uh, my cholesterol was
        230, I smoke less than a pack a day, you know and, and
        uh, I guess it was just everything altogether...

JD      The stress.

JL      ...um the stress, family history, I never knew, I never
        knew that my father's brother had a heart attack at age
        39, my grandfather died in his 50's and uh, -

JD      Really, wow.

JL      - so, coronary artery disease.  75 percent blocked.

JD      Like a pipe breaking.

JL      So, yeah, yeah.  So they rerouted it and uh, he said,
        he said there's no damage to the heart which is good.

JD      Alright.

JL      Everything around it is uh...

281A-NY-289758

JD        Yeah clogged but still got blood in it. Got lucky.

JL        Very, very lucky.  Very grateful.

LC        Tell him about the shower.

JD        What shower?

JL        I'm coming home, operation is a success...okay, I'm
          fine.  Eh, but I still have these metal threads hanging
          out of me and it's C and A and D, so I said to the
          nurse I says I gotta take a shower, you know my wife is
          coming to get me, I go into the shower, and I'm saying
          I'm looking and I'm saying where's my fuckin' shampoo,
          (UI) my shampoo.  After I walked out I had my
          sweatpants on no shirt, and as I walk out the nurse
          says, what are you doing, what do you mean what am I
          doing you said I could go take a shower.  You can't
          take a shower.  Why not?  These metal rods if I went
          into the water I would have went into electrical shock.

JD        (Laughing)

JL        I would of had, I would have been, I would have been
          fried.

(Overlapping voices)

JL        If something would have happened with the water.

JD        It would have been like the last days of Pompei in
          there.

JL        Imagine that.  So the, so the doctor had to come in, he
          had to take these metal rods out of me, holy shit I
          would of, I, I would have went into electrical shock.

LC        (UI) Fuckin' treadmill.

JL        The treadmill.

- 23 -

281A-NY-289758

LC       He gave you the fuckin' (UI)

JL       Yup.

LC       The surgery he (UI)

JL       Yup.

LC       (UI)

JD       I don't want my wife to come home.

JL       Is she coming home now.

JD       Well I, I just don't wanna take any chances.

LC       Okay.

LC       (UI) you want me to fall down the steps.

JD       (UI) you want me to put an elevator in.

LC       Yeah right.  Yeah.  Huh?

JD       (UI) an elevator in.

JL       Holy smoke, heh, (UI) down the fuckin' steps.

(Overlapping voices)

JD       No, we didn't buy one.

JL       Oh.  No, (UI) go buy one, (UI)

LC       If they ask (UI)

JD       Oh if it's (UI) yeah.

LC       Go buy a cheap one.  This whole fuckin' thing comes
         down forget it, (UI)  The (UI) will break, the (UI)
         will break. (UI) just like Brae Burn.

281A-NY-289758


JL        Yeah remember that (UI) that chandelier came down (UI)

JD        Who'd you get to break his pipe?

UM        (UI)

LC        (UI) broken pipe, there's (UI) I got hell from my wife
          because (UI) go out to dinner with four couples that
          night.

JD        Oh.

(Overlapping voices)

JL        The rug's gotta be at least 30 right (UI)

LC        You got receipts for all this shit?

JD        Uh a thousand dollars for the rug.

JL        Oh it's persian right.

JD        No.

JL        (UI) tell me, cause the rug's gonna be worth ten
          thousand when we're done.

JD        How do we do a receipt for that.

LC        Where'd you buy it from?

JD        Uh, ABC Carpet.

LC        Oh down in Rye.

JD        Um, actually we were in Florida at the time, I paid
          like 11 hundred dollars for it.

JL        What bill you got?

LC        (UI)

281A-NY-289758

JD        Why he gets receipts for that?

LC        He fuckin' (UI).

JL        But he made up a home run on that, fuckin' carpet was
          90 thousand right, 75 thousand.

LC        He probably said the carpets were shit.

JL        Huh.

LC        Said the carpets were shit.

UM        (UI)

JD        But he got, a lot of money, 90 thousand for a rug that
          wasn't worth anything.

JL        Right.

LC        (UI)

JD        So you got a guy to do that or what?

LC        Um, yeah we'll have to get him to come, he'll be the,
          expert on this situation say the carpet's worth uh,
          10,000, say it's about 7,500 or...

JL        10,000.

JD        Mm hm.  Alright, you guys know, I don't know.

LC        Uh this is uh, (UI)

JD        Yeah let's (UI)

LC        What's back here?

JD        Office (UI)

Overlapping voices

281A-NY-289758

LC      Can we go in?

JD      Yeah

LC      Propane, propane.  (UI)

JD      Yeah.

LC      This is your office?

JL      (UI) How much do you like this.

JD      A lot right.

UM      (UI)

JL      What a fuckin' shame.  I don't know.  See you gotta
        realize there's gonna be a lot of damage.  You're gonna
        have (UI)

JD      I'm catchin' it from your conversation. I didn't think
        so at first.

JL      (UI)

LC      (UI) You saw Brae Burn.

JD      Yeah, (UI)

JL      It's gonna be like that.  I mean it's gonna be, water
        (UI)

LC      (UI) see the fuckin' burn, one blew out...water does
        more damage than fire because water takes forever for
        fireman to respond, ya know,  fire you see...ya know is
        devastating.  Water ya know, (UI) floorboards of the
        entire house.  They all match so how do you, how do you
        match and not pick 'em all up.

JD      Right.

JL      When you think about it, (UI)

281A-NY-289758


JD          No I'm gonna, you know we gotta do it, I mean (UI)
            we gotta plan it, we gotta get the right time and the
            right (UI) You know the right uh, temperature.

(TELEVISION NOISES)

JD          (UI)

LC          (UI)

JD          Yeah,  t.v. sure.

LC          (UI) another t.v. in your master bedroom too.

JD          Yeah.

LC          Alright that's gonna (UI) so if you got 'em put 'em
            somewhere safe then.

JD          Okay.

JL          Everybody's water (UI)

JL          Hey

JD          So when this happens, the thing that bothers me the
            most is, is who's gettin' what, ya know what I mean,
            that bothers me the most, who's gettin' what.

UM          (UI)

JD          If Lou wants to do the construction that's fine.

LC          But it's going to you, it's going to you and the bank.

JD          Alright, alright. So  i'll see it.

LC          Because the, the check comes to you.

JD          Alright (UI)

JL          Your name on it, can have your wife's name on it if

                              - 28 -

281A-NY-289758

|     |     |
|-----|-----|
|     | your wife's, if the house is in your wife's name...the check might even come to me. |
| LC  | It will but he'll, he'll give it to you. |
| JL  | You'll have your name on it, your bank and my name. |
| JD  | Oh okay. |
| LC  | But it'll come to you. |
| JD  | Alright. |
| JL  | It, it comes to the person who's, who's... |
| LC  | Anything contents wise is down, it's your money, that check will - |
| JD  | Right. |
| LC  | - come directly to your wife. |
| JD  | Right. |
| LC  | The only, the only reason why that, that bank is on it, due to the fact that the bank owns this particular mortgage on it. |
| JD  | Right. |
| LC  | The bank doesn't own furniture so. |
| JD  | Right. |
| LC  | Let's say you got 200 thousand in contents damage, 200 grand goes right to you.  No, I'm not on that, you, it just goes to you directly. |
| JD  | Okay. |
| LC  | So. |

281A-NY-289758

JD        Okay.

JL        Alright.

JD        Alright.

JL        So you're gonna talk to your uh...

JD        So you're gonna talk to the plumber and..

LC        Can I get, can I get a key to get back in here.

JD        Yeah.

LC        - when, when is your wife not here so I don't come here
          (UI)

JD        No I'll just make sure she's out.

LC        Okay.

JD        You know I'll make sure she's out I'll make sure (UI)

LC        Is there alarms here that (UI)

JD        Yes, that's why I, I'll have to come and shut the
          alarms off with the, with the plumber.

LC        Yeah.

JD        Yeah, no I'll meet ya, I'll just make sure she goes to
          her mother's a lot so I'll send her down there and I'll
          make sure.  Cause I don't want her here when we're
          talking about this.

LC        mmm, o.k.

JD        Okay, I don't want.

JL        You're better off.

JD        No, no, no.  I don't wanna get her involved at all.

281A-NY-289758


JL        No.

JL        (UI) what happened, (UI) situation that, you know.

LC        Cellphone.

JD        No.

LC        Voice mail.

LC        Excuse me.  (UI)

(OVERLAPPING VOICES)

JD        Yeah, yeah.

JL        Dining room, living room, (UI)

JD        Yeah, dining room (UI)

JD        I don't have a dining room set though, I'll have to get
          one.

UM        (UI)

(OVERLAPPING VOICES)

JD        Right yeah I'll let you guys out this way.

JL        Let's go down to the basement too.   (UI)

LC        Check   the back staircase.  (UI)

JD        Um, and my wife's (UI)

JD        That's a bathroom.

UM        (UI)

JD        No, she (UI) works for me.

JD        (UI) does all my billing.

281A-NY-289758


LC      (UI) maid's room, correct?

JD      I, I didn't hear you I'm sorry.

LC      That office that your wife uses is it like a maid's
        room, cause there's, there's a full bath (UI)

JD      Exactly, uh huh.

LC      Right (UI)

JD      (UI)

LC      (UI) do you like it.

JD      Yeah I like it a lot and you know what's great about
        it?

LC      What?

JD      You can move it.

UM      (UI)

JD      You get like weights, and you, you can't move it.

LC      (UI) come down here and use it (UI) up there above the
        garage, and it's comfortable for you, you know it's -

JD      Yeah.

LC      - coming down here is not gonna, -

JD      (UI)

LC      - you gotta go out of your way (UI)

JD      Yeah.  It's a lot of work.

LC      (UI) down here (UI).  (UI) at least this stuff can be
        dried out.

281A-NY-289758


JD        Yeah it's...

LC        I mean it's outside in the rain in the summertime
          anyway so.

JD        Yeah it's all lawn furniture.

LC        That (UI)

JD        (UI) Do you think it'll come down to the (UI) too.

LC        (UI) I mean the fact that it is (UI)

JD        I mean like you said I don't know where (UI)

LC        Two thirds of the house is gonna get whacked out so.   I
          mean if all three of them go.

JL        Think how long the water's gonna be running for.

LC        Exactly.

LC        (UI) gonna let it go on Friday you know,  send you
          away, you got a plane ticket somewhere you can uh....

JD        (Laughs)

LC        (UI)

JD        Yeah, that's what Dominick did to me.

JL        Hey he went, he went to uh, Florida.

JD        He set me right up for that.

LC        (UI) money man.

JD        Set me right up.

JL        (UI) went to Florida

JD        Set me right up.

281A-NY-289758

LC      Yeah.  This is actually good because the area on top
        (UI)  (whistle)  the house is like the other guy's
        house, when this (UI) goes out.

JL      Oh forget it, they'll blow.

JL      Yup.  Yup.

LC      (UI)

JD      Just outside yeah.  Right here.  Yeah there you go.

LC      (UI) 275.

JD      Uh, I think whatever the hell yeah, something like
        that.

LC      Yeah 275 each.  Five-fifty for (UI)

LC      (UI) Twenty-five hundred.

JD      (UI)

JL      (UI)

JD      (UI)          yeah there you go.

JL      (Laughs)

JD      Yeah, (UI)

JL      Hey, big guy.

LC      (UI)

UM      (UI)

JD      Alright (UI)

LC      Let me come back.

JD      Get the plumber.

281A-NY-289758


LC          (UI) yeah give me your card (UI)

(walking sounds)

JD          (UI)

LC          Let me put my stuff on mine.

JL          (UI)  (Laughs)  (UI)

JD          (Laughs)   Looks like (UI)  Dominick (UI)
            adjusters...son of a bitch.  Unbelievable.

JL          (UI) regardless.


JD          Alright, we'll talk.  Call me, let me know.

UM          (UI)

JL          (UI) sooner than later, that way I can get the ball
            rolling.

JD          (UI) subway

JL          (UI) there?

JD          And it's gonna be...

LC          (UI) it's the garage.

UM          (UI)

LC          (UI) trust me (UI)

JD          (UI) shadow

JD          Alright give me a call let me know.

LC          Be in touch

UM          (UI)

281A-NY-289758


JD        See you later, alright, you got it gentlemen.

UM        (UI)

JD        Okay.

JL        (UI)

JD        (UI) yeah.

(WALKING SOUNDS)

JD        (Knocks on door)  guys?

(WALKING SOUNDS)

JD        Okay.  Sorry.

          This is SA Michael B. Hartnett the time is
          approximately 7:15 and the recorder is going to be
          turned off.