**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**

26 Federal Plaza
New York, New York  10278

File Number:            281A-NY-289758

Date:                   11/10/2004

Time:                   16:50:24

Tape Number:

Agent:                  SA MICHAEL HARTNETT

**Participants:**

JOHN DEBELLO            JD

JOHN LISCIO             JL


**Abbreviations:**

SA MICHAEL HARNETT      MH
SA JOHN PENZA           JP
Unintelligible          UI
Inaudible               IA
Phonetic                PH


/chm

281A-NY-289758

MH:         This is SA Michael B. Hartnett, along with SA John
            Penza.  The date is November the 10th, two thousand and
            four.  The time is approximately three twenty-eight,
            p.m.  We're going to make a consensual recording with
            John DeBello and John Liscio.

            (Pause)

JD:         Hey Mike, this is where I would normally carry my
            beeper.  On something like this.  What if I press this?
            What button would turn it off?

MH:         Don't worry.

JP:         Don't worry about it.

JD:         Don't worry about it, right?  Okay.

JP:         If that, if the ah...

JD:         Yeah, at some point (UI).  Just like that.

            (Movement, conversation UI)

            (Car door)

            (Radio)

JD:         Oh, shit. (UI)

JD:         Sorry, guys.  I thought there was an entrance there.

            (Radio - driving)

            (Car door at 16:42:02, radio off; noise inside car)

            (Walking on street at 16:46:43)

JD:         Hi. how are you, John DeBello.  John Liscio in?

UF:         Yeah.

JD:         Oh.

UF:         Back there.

281A-NY-289758


JD:        Oh, thank you.

           (Pause)

           (Non-pertinent conversation regarding golf)
           (Pertinent conversation begins at 16:50:16)

JL:        What's going on with you, man?

JD:        I don't know.

JL:        How you doin'?

JD:        I'm just exhausted.  I'm always running...

JL:        Oh.  You want something to eat?  Want some (UI)

JD:        Nah.

JL:        A bagel or something?

JD:        No.  Thanks.

JL:        You sure?

JD:        I'm exhausted.  You know, I'm always running around.  I
           was up early this morning.  Doing surgery, ran to my
           office.  It's never ending.

JL:        How's your house coming?

JD:        Scarsdale?

JL:        Yeah.

JD:        It's part of the problem.  You know.  Like ah, like Dee
           is...screwing me really.

JL:        Why?

JD:        Well, you know him and Dominick are friends.  So why do
           you think my construction got held up for six months?

JL:        I don't think that had anything to do with it.

JD:        You don't?  Why, you know Dee?

281A-NY-289758

JL:     Yeah.  Dee, Dee is uhm...

JD:     Do you think he really disassociated himself from him
        or what?  'Cause I've asked you that a couple of times.
        You know, I just said Dee, I...just like tell me the
        truth.  Like ah, you know.  Then, then walk away from
        the job, I told him.  I said just walk away then.
        Don't, but don't screw me intentionally.  For, for this
        jerk.

JL:     I don't think he's, I don't think he's even spoken to
        him.  That's my opinion.

JD:     Well supposedly, you know, Dee said some, some guys
        that just got out of jail?  Went to see him.  For money
        that he owed Dominick.

JL:     Really?

JD:     Neil.  You know this guy Neil?

JL:     Neil?

JD:     Neil ah...Patsy's brother.

JL:     It's his brother, yeah.  Really?

JD:     Yes.  So I was panicking for awhile.  I said is this
        guy gonna come over to my house?  Knock on my door?
        You know?  It's crazy shit.

JL:     It just doesn't end.

JD:     He's out of control.  He's like way out of control.

JL:     You know, it's funny because I was talking to
        ahm...ah...you know Peter Vitelli?

JD:     No idea who that is.

JL:     He was uhm, he's a lawyer down in Tuckahoe?

JD:     Okay.

JL:     And uhm...uhm...he used to handle stuff for Dominick
        years ago.

281A-NY-289758

JD:     Okay.

JL:     And he said I want no part of him.

JD:     Yeah, yeah.

JL:     I want no part of him.  You know?  So apparently
        uhm...Sherri walks by 'cause you know she lives on Lake
        Avenue.  So he's outside smoking a cigarette and ah,
        she comes by.  Uhm, she wants him to
        defend...help...she want, she wanted him to defend her
        and him against you and Joe.  And he said absolutely
        not.  I want no part of it.  You know?  So ah...what's
        happening with that (UI)?

JD:     Well you know, they're still passing threats.

JL:     Still?

JD:     Yeah.  Well he thinks when he gets out, he's gonna like
        ram my head into a wall or something.

JL:     How it got this far?  It...you know, I?

JD:     It's really insane.

JL:     You know I saw Joe, I saw Joe LaManna uhm...on Sunday.

JD:     Mmm-hmm.

JL:     Ah, you know, him too.  With the ah, you know, where's
        it fucking end?  You know with these contracts, he put,
        he put liens on your property too?

JD:     Yeah.  Put liens on my property.  That's what I'm
        saying.  Just like, the guy...

JL:     So you can't even sell the property?

JD:     Can't even sell it if I wanted to.

JL:     Well you can.

JD:     I can, but I gotta bond the lien.  I gotta fight it.

281A-NY-289758

JL:     Get a bond right, cause I told Joe we have one of the
        best bonding guys (UI) in the county.

JD:     Oh yeah?

JL:     Yeah.

JD:     I may need him.

JL:     He, he came from a big company down in Pelham.

JD:     Hmm.

JL:     And now he's with us and uhm, I think, I think Joe
        spoke to him already.

JD:     Oh yeah?  Huh?

JL:     Yeah.

JD:     It doesn't end.  I just want him to go away.  It's real
        simple.  Go away.  You know?  You took me for money.
        You took Joe for money.  Go away.

JL:     It just

JD:     You know, he, he's...

JL:     (UI)

JD:     ...you know what the truth is though?  He set us up
        from the beginning.  You know, we're getting words now
        like from his cousin Robbie Midollo ?  That...

JL:     Who's Robbie Midollo?

JD:     ...you remember, you know Robbie Midollo?  Ah, it's
        Dominick's cousin on Valerie's side?  His first wife?

JL:     With the auto body?

JD:     Yeah.  Yeah, yeah, yeah, yeah.

JL:     He got fucked too, I heard.

281A-NY-289758

JD:     Yeah, he screwed him out of money.  But Robbie said
        that when he was still friendly with him, that Dominick
        used the term against me and Joe as fresh meat.

JL:     Fresh meat?

JD:     So, he, he, he asked me to help him and little did I
        know I was his, I was his new mark.

JL:     Patsy, new mark right, right.

JD:     I was his new mark.  That, that's it.

JL:     (UI) Something like this because your friendship. For
        so long.

JD:     Well that's why I, I, I helped him.  You know, his
        mother asked me to help him.  His mother asked me...

JL:     Have you spoken to her?

JD:     No.  She hates us.  She thinks, he, he turns it around
        like we're hurting him.

JL:     Right because you threw Sherri out with the kids out of
        that house.

JD:     Well, what was I supposed to do?

JL:     You had no choice.

JD:     I had no choice.

JL:     You had no choice.

JD:     I had no choice.

JL:     Where they at least paying the bills?

JD:     No, she was supposed to pay me rent that she never
        paid.

JL:     (UI)

JD:     Never paid.  I mean, that's why this thing just
        got...to the point.

281A-NY-289758

JL:     Right, right

JD:     You know, it's a whole big thing.  Then he tried to
        steal money, more money from me, like in the bank
        account and I just said that's it.  He actually tried
        to steal the house too.

JL:     Really.

JD:     'Cause he tried to sign it over to himself, like to Mr.
        DeVito.  How about that.

JL:     (UI)

JD:     You speak with her?

JL:     With who?

JD:     Sherri?

JL:     No.

JD:     No, right?  No?

JL:     No.

JD:     Do you see her around?  No?

JL:     I see her in her car.

JD:     Yeah, yeah, yeah.  What's she driving now?  I heard a
        brand new Mercedes, right?

JL:     A Mercedes.

JD:     Yeah, nice.  I bought that for her I guess.  (Chuckles)

JL:     What'd you do with the Mercedes that you had?  The
        truck?

JD:     I still have it.

JL:     You still have it?

281A-NY-289758


JD:     Yeah.  I'm paying it.  That's what I'm saying.  I got
        tons of stuff.  I'm like, Joe and I got stuck.  We got
        set up and we got stuck.

JL:     And you insure the car?

JD:     I took the insurance off.  It's just sitting in the
        garage until...what I'm doing is, when the lease on my
        car is up, then I'll use that car.

JL:     Right.

JD:     When it's almost up, my lease, like another two months,
        I'm gonna put it on the road and, and use it 'cause I'm
        paying for it.  Unbelievable, huh?

JL:     So where do you go from here?

JD:     You know, I don't know.  But the main thing is, well
        I've been speaking to Junior a little bit.  You know
        Junior, right?  Uhm.

JL:     Who's Junior?

JD:     What?  Anthony Pittore.

JL:     Oh, okay.  Okay.

JD:     So.  We're gonna like send him a message, I just want
        to be left alone.  That's all I want.  Just leave me
        alone.

JL:     What does he want from you?

JD:     He, I think he wants to bankrupt us.  I think really
        what happened is, we caught on to him and stopped the
        bleeding and he's upset about it.  And the fact that I
        threw his wife out, makes him more upset.

JL:     Right.

JD:     Because when, when I went to see him in prison once,
        when, he said to me, he goes at the end when you finish
        building your house, he goes don't pay Dee the last two
        hundred and fifty thousand, he goes, he owes me money.
        He goes, give it to me.  You know and I looked at him,

- 9 -

281A-NY-289758

                  dumbfounded.  I'm like, how am I remotely supposed to do that?

JL:      Right.  Right.

JD:      So.  I guess...

JL:      Did Dee build the whole house.

JD:      Dee's building, yeah, yeah, yeah, he's building.  I'm jumping in to finish though.  That's a whole another long story.  But uhm, I ah...

JL:      He pays you your money?

JD:      Oh I pay him, yeah.  I'm, I don't want any arguments.  What, what do I want to fight with him for?  I get enough fights.  I want to fight with him too?

JL:      What you should've did was, there's no insurance on the house right now?

JD:      Ah, yeah, there is, but that's why I'm talking to you because now the house is valued more and I gotta get insurance on it.

JL:      But you knocked the house down?

JD:      Yeah.

JL:      And rebuilt it?

JD:      Right.  No, but there's insurance I think through Ralph Berardi (PH).

JL:      Who's Ralph Berardi?

JD:      Ah, he's the money lender.  Anyway, we, we gotta get insurance now.  'Cause it's, it's now at the point where the house is ninety percent done, I need some kind of insurance on it.  So that's why I said, let me call you and like get this over with.  Then the other thing was, Lisa, the other day, said something like you went to Sonny, to talk to him?

JL:      Me?

281A-NY-289758


JD:     Yeah.

JL:     No.

JD:     Oh, I thought maybe you could help me get a message to him, just like leave us alone.

JL:     I don't, Lisa, said that?

JD:     Yeah.

JL:     Lisa was in here.

JD:     Yeah.

JL:     I never told her that.

JD:     Oh?  I thought she said that.

JL:     I never went to Sonny.

JD:     Well, whatever, don't...

JL:     No.  No.  I want no part of this fuckin' prick.  I was telling Lisa about this fuckin' scumbag and this fuckin' claim that he had.  He fuckin' killed me.

JD:     Killed you?  Killed me.  Look at my insurance rates.

JL:     I understand that.

JD:     (Chuckles)

JL:     But, I, the company wanted to come after me. Royal insurance, that I've been doing business with and my father, for fifty years.  Forty, forty odd years.  Okay?  After this claim, they came to me and says, you have two choices.  Either...we, we sever our ties and you rep...I have to replace a half million dollars worth of business.  My whole, my number one company was Royal.  Every account that I have, I have Royal and Citibank okay?  Um, I was getting nice profit sharing checks at the end of the year.

JD:     Sure.

281A-NY-289758


JL:       Okay. because I had no claims.

JD:       Oh, right.

JL:       When this fuckin' claim hit, it exceeded with one
          house. Okay? And they came to me and said you have two
          choices. Either we sever our ties and no charges will
          be pressed against you. Or. We'll make it very
          difficult for you.

JD:       Well why were they gonna press charges against you?

JL:       They went to look at this claim...I don't know... there
          were a lot of fishy things going on.

JD:       Tell me about it.

JL:       Unbeknownst to you.

JD:       Yeah, thank you.

JL:       Okay. Not to have a tremendous investigation, because
          if I would have done something, you're the one who
          would've got stuck because the house is in your name.

JD:       Well, yes and no because you know something?

JL:       It don't matter. John DeBello, the house is in John
          DeBello's name, okay? Well anyway, I didn't take that
          route. I says, well, how can we make this go away
          simple and amicable? We want no part of you, they told
          me, after fifty fucking years of doing business with
          you. Ya know, My dad and, the person who built the
          business before my dad. There's like a seventy year
          history between Liscio and Royal insurance. That, that
          is gone now.

JD:       I gotta ask you. Honestly, between me and you? How
          did you let him put this claim in? This guy's an
          idiot.

JL:       How'd I let him?

JD:       Yeah, you should've stopped him.

281A-NY-289758

JL:     How?  He calls me from Florida, okay?  I was going out.
        I, I knew nothing about it.  I'm going out to a dinner
        dance with my wife, okay? Like it was yesterday I
        remember, to ah, a club in New Rochelle.  He calls me
        from Florida.  Get over to my house, major pipe broke.
        Damaged the whole house.  Okay, I told my wife, Doris,
        that I can't go.  I gotta go over.  I go over there,
        fuckin' mess. My job as, as an insurance agent is to
        use my vendors, so what I did was I called, you know,
        first of all the (UI) was there and this guy was there.
        Uhm, I called Crystal Restoration.

JD:     Yeah, those guys with the blowers or something?  I saw
        them, yeah.

JL:     Well, that water had to come out somehow.  You know?
        And ah, that's all I did.  Uhm.  You know Sonny was
        over, this and that, what a fucking mess.  And ah, you
        know, I know nothing of what's going on.  I see this
        fuckin pipe break, okay?  And, and, uhm, the water's
        going downstairs, down to the basement. As we're
        sitting around that night, I don't know, around nine,
        ten o'clock, the boiler explodes.  You know that?

JD:     No I didn't.

JL:     With all the water...

JD:     So it's missing?

JL:     ...with all the water that leaked down from that pipe,
        down to the boiler, my friend Lou, I left.  So Mike and
        Lou calls me up, they go John, the fuckin' boiler just
        exploded.  And uhm, we're sitting around having pizza
        there was a bang!  And he goes down, the fucking smoke
        from the ah, you know, from the boiler, was coming up.
        Anyway, this whole thing had to be planned.  All
        planned. ya know, usually, now the information that I
        get from you, okay, so you would call me up, you know,
        John I need insurance on the house, the house is this,
        this and this.

JD:     Mmm.

281A-NY-289758

JL:     Well it was totally opposite.  Than what was on the
        application.  You know?  He told me it was a brick
        house, it was actually a wood house.

JD:     How does that affect the claim though?

JL:     Rates.

JD:     Oh!

JL:     Meanwhile, you're getting charged for brick, okay?

JD:     So it's cheaper?

JL:     It's cheaper.  He told me there was no sprinkler
        system.  There was no this, there was no that and there
        was a sprinkler system.  There was a...a...you know?
        So they're looking at me.  You know John, you misled
        us.  You gave us the wrong information.  On top of
        this, after they viewed, if they did come against me,
        they wouldn't, they wouldn't have paid the claim.  They
        would've went fuck you.  What you guys would have to
        do, you and Dominick, is come after me for my errors
        and omissions and sue me personally.  Okay?  It's like
        your doctor's insurance.  Your malpractice.  I have
        malpractice insurance myself.

JD:     Yeah.  Yeah.

JL:     I said, look.  Let's end our ties, okay?  They paid the
        claim.  Okay?  Now I have to, it's a fuckin' nightmare.
        It's an absolute fuckin' nightmare. You know?  And
        uhm...then what he does, this is the best, he calls ah,
        he called uhm, he called the public adjustor up, Phil
        Mellilo.  Once he does that, I'm out of the picture.

JD:     Who, who's that guy, is he dirty?  That guy Phil, Phil
        Mellilo?  Dirty?  What's his involvement?  He's
        involved with those guys?

JL:     I, I, yeah I would assume so. He's a public adjustor.
        He, he was always seen down in ahm, Rigoletto's.

JD:     He's at Rigaletto's all the time?

JL:     Yeah, and ah...

- 14 -

281A-NY-289758

JD:      So he planned this from the start?

JL:      Probably.  Probably.

JD:      You know, and he pushed me to go on vacation with him
         that month.

JL:      Yeah?

JD:      Yeah.

JL:      And you didn't go?

JD:      No, we did.  We were in Florida.  I was in Florida.

JL:      So you went?

JD:      I got there that day and he called me up and he said, a
         pipe just broke at the house.  I says, what are you
         talking about?  He goes, oh, the whole house is
         damaged.  And then we were on the phone the whole time
         and ah, that was it.  But I, you know, I didn't even
         put the claim in.  He did.

JL:      Of course.  See, he saw dollar signs.  He saw dollar
         signs.

JD:      The truth is when I got back, I looked at it.  You know
         what he told me?  I said, how much do you think this is
         gonna cost, 'cause I wanted to see where he was going
         with this.  He said, ah, fifty, a hundred thousand
         dollars.  And the truth is, that's what it looked like
         to me, 'cause, tell the truth John.  It wasn't that
         much damage.

JL:      You make it that much damage.  Do you understand?

JD:      So, you know, I...and you know I called him for the mat
         and I said Dominick, are you pulling some shit here?
         You know what his answer to me was?  He goes, no, John,
         he goes, I'm on probation, are you kidding me?  He
         goes, I would never do something like this.  He goes,
         look, the whole house is damaged.  He goes, what do you
         want me to do?  He goes, look at all my expensive
         furniture.  I said, all, all right.  And the first I

281A-NY-289758

|       | heard, you know when the first I heard of the numbers? Remember I called you?  You remember that, right? |
|-------|---|
| JL:   | Yeah. |
| JD:   | I never knew, seven hundred thousand.  John. Something's wrong with that. |
| JL:   | Yeah, and the problem is that I have no say.  You understand? |
| JD:   | I wish you had alerted me of something.  I would've said to the insurance company, stop.  I wouldn't have put the claim in.  I wish you had, whatever.  It's hindsight.  You know, it's hindsight. |
| JL:   | He needed, he needed to get the house done. |
| JD:   | He needed to get the house done?  He could've done the house for a hundred thousand dollars. |
| JL:   | He needed to get the house done.  On, on top of it, he did the construction. |
| JD:   | 'Cause I let him.  (Chuckles) |
| JL:   | Because I called in, you know, Crystal Restoration, also brought in a guy, okay, and they went up, they went throughout the house, okay?  And, and, uhm.  He came back with an estimate a hundred thousand dollars more that what Dominick estimated.  Okay?  So ah.  They must have made a lot of money off that fuckin' claim okay? |
| JD:   | Yeah, under my name. |
| JL:   | Under your name and his name. |
| JD:   | Yeah, 'cause he had the ah...furniture.  Who has three hundred thousand dollars worth of furniture and paintings?  Let's be honest. |
| JL:   | Well, I know.  I know.  I know.  I know.  I know. |
| JD:   | He's just a... |

281A-NY-289758

JL:     (UI) you know what made me really, this is not the
        first time that something happened like this.  I mean
        this is something that's pretty major.  You know?  But
        he had a big claim up at the mansion you know? I heard
        and ah, you know?

JD:     He did, he did it through you?

JL:     Of course.  You know, hah.  I don't mind, you know, but
        I keep on taking a fucking hit. Throw me a fuckin bone
        once in a while, give me this, give me that, promise
        me, promise me (UI) you know?  So, I took nothing for
        this hit.  What really bothers me is his spreading a
        fucking rumor about him giving me a hundred thousand
        dollars.

JD:     He told me that.  For your cocaine habit.

JL:     How fucking dare he!  That fucking scumbag!  He gave me
        a hundred, that man, you know what he gave me?  Hah?

JD:     What'd he give you?

JL:     He paid for one night at the VIP Club with a girl that
        night that we all went down.

JD:     Yeah.

JL:     That's all he gave me!  (UI)

JD:     See, that was bad stuff, like, you know, I told him
        don't participate in that.  Remember Artie Caross (PH)?
        I met him the first time that night.  I was staying
        with him.  I was talking with him.  The next thing I
        know he disappears, he comes back.  I was trying to be
        nice to the guy and I said, listen.  Don't do this
        stuff.  I said, do not do this.  You know, and he goes
        again.  And I was, I was telling everybody, do not do
        this.

JL:     I know.

JD:     Right?  I was hanging, unfortunately I was hanging out
        with Dan Forbes, Paul Kelly.  They didn't do anything
        and then Artie Carossa, he kept going back and forth.
        He went up there twice.

281A-NY-289758


JL:        (Laughs)

JD:        And I said, you guys are out of your minds.  That's
           why, you know, I went two times.  To those clubs with
           him.  That time and another time when he ah, he was
           going away.

JL:        Me too.  I went twice.

JD:        He tries to trap you though.  Now I know that.  You
           know?

JL:        You came home with me, I think.

JD:        Yeah.

JL:        Yeah.

JD:        Yeah.  I don't get involved in that stuff.

JL:        That's the only fucking thing I ever took from him.
           Okay?  And he's telling me he, he gave me a hundred
           thousand?  Yeah.  What person gonna give a drug addict
           a hundred thousand dollars to put up their fucking
           nose?  You're gonna give me money so I can buy drugs so
           I can do em, you fucking asshole.  That fucking burns
           me more than anything.  I don't care about this.  I
           don't care about, but you fucking spread a rumor about
           me, the fucking guy that you've been fucking for the
           last five years?  And I'm keeping (UI).  Any time you
           needed money Dominick, you always made a fucking claim,
           you always made a claim, you always made a claim, yeah.

JD:        He's unbelievable.  Well you know what happened, when
           they, they tried to put another claim in at the
           mansion.  And you know what Sherri said to Joe?  She
           goes, just put it in.  You and I will split it Joe.
           That's what pissed us off.  We're like, you guys are
           out of your minds.

JL:        I know Joe.  I know Joseph.

JD:        Did she come to you and say that to you?

JL:        No.

281A-NY-289758


JD:    Oh.

JL:    No.  I heard it through the grapevine.  I heard it
       through Joe.  Because he was there when Sherri
       approached him.  You and Joe talk right?

JD:    Yeah, no, we're fine.  No, we're trying to battle this
       evil.

JL:    (Sighs)

JD:    We just want him out of our lives.  It's real simple.
       Just, I don't even want to speak to the guy.  I don't
       want to see him.  I don't want to talk to him.  I don't
       speak to his parents.

JL:    (UI)

JD:    His mother set me up.  His mother.  Set me up.  How
       about that?  I guess it's in the family.  Was Sonny
       ever a bookie?

JL:    You know.

JD:    I'm just curious, 'cause you know, I just like...like,
       you know, you know, I look at his parents as like just
       two, you know, Italian people from Tuckahoe.  Like we
       had dinner there.

JL:    Right.

JD:    Now, I look at Sonny as, I'm not sure what he really
       was.

JL:    I think Son...I think Sonny worked for Dominick.  And
       Dominick told him what to do and, and, and, Sonny was a
       gopher.  You know?

JD:    But was he a bookie when we were growing up, or
       anything like that?

JL:    No.

JD:    No?

JL:    He was a janitor.

281A-NY-289758

JD:     He had two jobs.  And he always had money, John, let's
        be honest.  Let's be honest.  He always had new cars,
        you know.

JL:     Right.

JD:     Back in the seventies and...

JL:     Maybe.  Maybe.  Maybe.  So where do you go from here?

JD:     I know.  You know, I was talking to Junior.  He said
        Dom put another claim in for one point eight million.
        Is that true? I can't have that hanging out there.  I
        just need to know if it's true or not?  Junior said, I
        was talking to Junior the other day 'cause Junior's
        pissed at him too.  He took Junior for money.  You
        know, so Junior said to me, he goes, you know he got
        ah, he put in the seven hundred thousand, but he also
        put in an additional one point eight million.  I said,
        you gotta be kidding me?  I said are you sure, Junior?

JL:     No.

JD:     Eh, eh.

JL:     What, for Brae Burn?

JD:     For Brae Burn.

JL:     Nah, no.

JD:     Unbelievable.  The same, you know, same thing Scott
        Circle.  Right?  Pipe broke.  C'mon.  C'mon.

JL:     I know, so what'd you do with Brae Burn?  Is it rented?

JD:     No.  Can't sell it.  You know what the truth is though
        too?  Everybody's staying away from it 'cause they
        think it was some Mafia guy's house.  So the realtors
        don't even want to show it.  That, that's the problem I
        have.  Now I have this stain of Dominick DeVito and,
        like, true to some people in town, like they think of
        me and Joe as that we were involved with him.  Now we
        were friendly with him and trying to do real estate
        stuff, but not involved with him.

281A-NY-289758

JL:     That's what they think?

JD:     Well now they think that about us and they don't want
        to, they don't even want to like look at some of the
        houses.

JL:     What are you gonna do?

JD:     I'm gonna try and survive as long as I can and ah, you
        know what my attorney says?  He goes, in about six
        months, he goes, pick one of the houses you want to
        live in.  The other two, you might have to let go.
        I'll have to claim bankruptcy and move on.  What am I
        gonna do?

JL:     How many houses are you paying for now? Two?

JD:     Two and the third one coming.  That I cannot afford.

JL:     What, the new one?

JD:     Yeah.

JL:     Can't afford it?

JD:     Well, no. I'm gonna refinance it and I'm gonna try and
        hang on to it and sell it.  But I can't afford three
        homes.  Can you?

JL:     It's killing ya.

JD:     Killing me.  Not that my wife is such a spendthrift,
        but she goes to the store and sees like shoes for fifty
        dollars and puts 'em down.

JL:     I know.  You can't do it.

JD:     We just don't do stuff.  I mean, we can't live a normal
        life.

JL:     And what's the other house?

JD:     What about it?

JL:     I thought you had the one...

281A-NY-289758

JD:     I got mine.  Brae Burn and Scarsdale.

JL:     Oh that's right

JD:     You know.  You know, look, you know what I do for a
        living.  I can more than afford my house.  Three of
        'em?  No.  Can't afford 'em.

JL:     Joe's probably pulling his hair out about that fuckin'
        mansion up there. What the fucking hell is being built
        in front of it?

JD:     That's a whole, that's another Dominick fiasco.

JL:     Oh my god. yeah

JD:     Another Dominick fiasco.

JL:     Oh my god.  And the problem is is that Brae Burn, is
        that your asking too much money

JD:     Not really though.

JL:     How much are you asking?

JD:     Three two.  That's what they're going for John.

JL:     Yeah?

JD:     But no one's biting right now.  No one's biting.  It's
        unbelievable.

JL:     You need any information from me, you know anything
        else.

JD:     No, the truth is, I thought maybe you had something for
        me for Sonny.  Really.  Like, no really.  That's what
        Lisa said.  She goes, she goes, John closed the door,
        he said something about Sonny.  He went to see him.
        I'm just curious.  You know, I'm curious to see what
        their side is doing.  Against us.  You know what I
        mean?  That's what, I'm just curious to know.  Like
        where, where are the, you know, you gotta understand
        too, for me.  Where's the land mines?  You know?  I, I
        don't know what's going on here.  You know, he blind,

281A-NY-289758

tell the truth.  He blind sided me with this claim.
Did, did I know this was gonna happen?

JL:    I kind of thought you knew.

JD:    Me?  No.

JL:    (UI)

JD:    No.  That's just completely impossible.

JL:    No, wait a minute.  Wait a minute.  I know what you're
       talking about with Sonny.  Sonny came in here.

JD:    Okay.

JL:    Not now, a little while ago.

JD:    All right.

JL:    And ah, ah, he come in.  I mentioned nothing with you.

JD:    Oh, all right.

JL:    Uhm, I, I remember.  All I did was bad mouth him.

JD:    Dom?

JL:    Yeah.  And ah, (clears throat) I kind of figured he was
       wired.

JD:    Sonny?

JL:    Yeah.

JD:    Why would he be wired?

JL:    That's my thought.

JD:    Really?  Why, what was he asking you?

JL:    I don't know.  He goes, he goes, uhm...

JD:    Why would he, does he usually come in?

281A-NY-289758

JL:        No.  No.  And ah, and I said to him, ah, Sonny, you
           know I'm trying to think of what I said to him.  He was
           telling me that something might go down.  With this
           uhm, the insurance and ah, he said that you started
           something?

JD:        Me?

JL:        Yeah.

JD:        No.

JL:        No, with that procedure for a claim about...

JD:        No, what happened is that the insurance company
           contacted me, you know, Royal.

JL:        Right.

JD:        I told 'em the truth, I had no, I had no idea of
           anything.  The truth is they think that the pipe did
           break.  Honest to God.  I spoke to the attorney and I
           said what's going on with this case?  I didn't ask...

JL:        Right, but when your wife came here a few months ago,
           you wanted all the information...

JD:        Yeah, I just wanted to know for myself, John.

JL:        Right.  But you didn't start anything?

JD:        No, I didn't start nothing.  I wanted to know for
           myself.  What happened.  'Cause I had, I was blind
           sided.

JL:        Right.  Right.

JD:        The truth is, Dan Forbes, you know, said to me
           something once that...

JL:        Yeah, he made out, he made out like a fucking bandit
           too.

JD:        Dan Forbes?  Oh yeah.

JL:        Yeah.  On that claim.  On your claim.

281A-NY-289758

JD:     Yeah, thanks.  Not you, you know what I'm saying.  Like
        him, you know, I'm sayin Dominick.  Thanks a lot.

JL:     He got fucked a little bit by Dom.

JD:     He got screwed, Dan?  How?  Well, what did Dominick do?
        He paid him though, you're saying?  How did he make
        money?

JL:     He took control of this whole thing.

JD:     Really?  Do you think I knew that stuff?

JL:     I had a feeling you did.

JD:     You really did?

JL:     I'll be honest with you.  Nah, I'm not sayin, look but
        I want to tell you something.  I was, I was willing to
        get involved because I wanted to make something too.

JD:     Oh you thought I was involved to make money?

JL:     Yeah.

JD:     No.

JL:     No, no, no.  No.

JD:     You understand, I deal with insurance companies every
        day.  I can't do that.

JL:     No, no, no.  Like we all are.  Like we all are.

JD:     Alright.

JL:     I mean, I was, you know, I was looking at like it was
        going to be a fucking score for me too.

JD:     Right.

JL:     Okay?  It turns out to I got fucked.  You understand?
        On top of that, I lost my company.  I lost my profit
        sharing, okay?  And the day before...

JD:     He doesn't give a shit about you.

281A-NY-289758

JL:     No.  I know that.  And the day before he went away, I
        was up at his house. I was telling Lisa.  The veins, I
        swear to God, the veins were popping out of my fucking
        neck.  I was going up there to give him a beating.

JD:     You should've.

JL:     And Lisa was here last week and look, I still got
        fucking chills.  'Cause it fucking irks me.  I was
        driving up, it was around lunch time and I was heading
        to the Hutch when he told me, see my father when I'm
        gone, my father has the money.  Okay?  So, you know, I
        think that he keeps some of the money (UI) Now I'm
        going well he's got the money, he don't give it to you,
        something wrong and now, you know, it's fucking irking
        me and I'm saying, he's fucking me.  Okay?  He's gonna
        go away, fuck John, okay?  Fuck you.  Fuck Joe and,
        and, leave us in this mess.  Well, I was telling Lisa,
        I said, Lisa, the veins are popping out of my head.  I,
        I want to go up there and give him a fuckin' beating
        before he goes away and I got in my car.  This is no
        bull shit.

JD:     Tell me, yeah.

JL:     I drove up on the Hutch.  Okay?  I got fuckin' fire in
        my eyes. I got off Purchase Street and I'm saying to
        myself, where's this gonna lead me to?

JD:     Where you gonna go, jail?

JL:     Yeah.

JD:     For what?

JL:     Exactly.  Exactly.  I, I made the left off the Hutch
        and, and came back down.  'Cause you know, I'm gonna
        get into more trouble...

JD:     'Cause if you knocked on the door, you would've carried
        out your plan.  It's a good thing you didn't do that
        then.

JL:     So uhm...

JD:     Don't, don't put yourself in that position for him.

- 26 -

281A-NY-289758

JL:      So. The one time that I talked to Sonny and uhm, I
         mean, I see him in the street. You know. I, you know,
         I don't even say hello to him.

JD:      Yeah.

JL:      Uhm. I don't know. I have a feeling he was fucking
         wired up so I says, your son made a three hundred
         thousand dollar profit.

JD:      What'd he say to that?

JL:      He went nothing. You know, Sonny plays very good
         stupid, ya know.

JD:      Yeah, tell me about it.

JL:      He plays very good stupid. You understand?

JD:      Yeah.

JL:      (UI) your son made three hundred thousand! And I says,
         he promised me something. He goes oh, that's not right,
         he goes, you know. I says, you saw what he did to this
         house. He did the construction. He did that. And on
         top of that, your son got balls to start a rumor
         against me I'm a fucking cokehead and he, and, and your
         son gave me a hundred thousand. Go back to your son
         and tell him he's a fucking liar. He never gave me a
         dime.

JD:      Did he ever get back to you though?

JL:      No. No.

JD:      But how did he play it off? Like he didn't know a
         thing.

JL:      Like he was stupid.

JD:      Yeah, what are you talking about?

JL:      And I said Sonny, do you remember the day I came up
         there? I said, you know Dominick promised me
         something. You know? That you were supposed to give
         it to me. Oh no. I know nothing about that and I

281A-NY-289758

```
                never saw him again.  You know, it, it just gets
                fucking worse and worse and worse and worse.

JD:             I got a, I gotta tell you.  You know what bothers me.
                Why would you think I would know about this?  (UI).

JL:             I figured, you know.

JD:             No, it just bothers me.  'Cause like, you know, it's
                just stupid, no, whatever.  It just (UI)

JL:             No.  No, no, no.  No.  And then I thought about that,
                that you would know something about this.  Okay?  To
                make some money.

JD:             C'mon.

JL:             Hey.  It was no skin off my nose.  Because I looked at
                the whole picture.  John, not you personally, but I
                thought that uhm, okay.  John owned the house.  Dom's
                got the contents.  I'm gonna put the claim through (UI)
                okay?  He was gonna take care of me.  You know?  I had
                no fucking problem with that.  You know?  Uhm.  I swear
                to God.  I always thought that you knew everything was
                going on.

JD:             He set me up dude.

JL:             I didn't know that.  I did...I didn't know that.

JD:             Remember when I called you and asked you how much he
                got?  Do you remember?

JL:             Only after the fact.

JD:             Yeah, but do you remember my voice?  I was like, you
                kidding me?

JL:             Yes.  Yes.

JD:             He told me fifty, you know how many checks he showed
                me?  One.  For twenty-five, thirty-five thousand.  You
                know, he signed the checks and stole them.

JL:             (UI)
```

281A-NY-289758


JD:      'Cause...

JL:      (UI) a little one.

JD:      It was a little one.  You said, you knew that, right?
         He signed the checks.

JL:      No, I didn't know he signed checks because the check
         never came my way.

JD:      Oh.

JL:      I just got one, I get a draft, okay?  Uhm.  Ah because
         the P.A. is called in, I, I get the draft after the
         fact that the check is sent out.  I get what was paid
         out.

JD:      I got you.

JL:      You know.  Uhm, but, in, in all your doings, okay?  I
         thought that you and Joe and your wife and his wife
         and...

JD:      (Chuckles)

JL:      ...no really.

JD:      No, I got you.  Go ahead.

JL:      Look.  You were three best friends.

JD:      From twenty years ago.

JL:      Right.  Right.  But I figured, okay, you're, uhm.  I
         didn't know that.  I knew that then.  Okay?  It was a
         good picture.  Okay, we were at Ciao's, we were at
         Napotano's (ph), we were out here.  Everything was
         great.  You know, so I thought everybody was involved
         and, you know, no big deal.

JD:      Hmm, that's all right.  Yeah.

JL:      No.  Not until after the fact, okay?  That uhm, I found
         out about what he was doing to you.  So I figured that,
         okay, whatever he did with you, you knew.  Whatever he

281A-NY-289758

```
                did with Joe, Joey knew.  I didn't know that.  I, I
                didn't know that then.  I didn't know it.

JD:             All right.  No, I'm saying, I wish you had given me a
                warning back then.  That, you know.  Like, he,
                honestly, even Junior, you know what Junior said to me?
                He goes, uhm, when I spoke to him like a couple of
                nights ago, he said ah, he goes, you know, he goes, I
                know Dominick, I knew Dominick was gonna take money
                from you.  He goes, I should've warned you.

JL:             How did he know that?

JD:             That's what he told, 'cause that's what he does for a
                living pal.  What does Dominick DeVito do for a living?
                What does he do?  Now I, now I know.

JL:             Fuck people.

JD:             Yeah, exactly.  He bull shitted me that he's, he was
                doing contracting, you know, when he, when he asked me
                to lend him money.  He had these homes.  He showed 'em
                to me.  You know, he got arrested.  He said, can you
                help me?  You know, I turned him down three times.
                Until this, you know what really got me?  His mother
                asked me.

JL:             His mother?  Hmm.  Sad.

JD:             His mother.

JL:             Sad.  Sad.

JD:             'Cause I don't want to get involved with him and then I
                said all right, I'll help him.  He gave me the sob
                story.  He needed money for his attorneys.  So I felt
                bad for him.  You know, I got a wife and kids.  So
                what, so what, so that appeals to someone like me.
                Guy's got a wife and kids.  We're friends, let me help
                him.

JL:             What happened to ah, that guy King?  He left town.  He
                got fucked too.  The house.

JD:             He's just unbelievable.
```

281A-NY-289758

JL:      Now, my understanding is that he took these houses in
         your name, mortgaged them to the hilt, took the money.

JD:      Well basically, yes.  That's what he did to Joe.  Bad.
         I mean, bad.  To Joe.  Bad.

JL:      When I, I was goin' to my cousin's house in Purchase
         Estates and ah, I'm driving with my wife, what the fuck
         is that, there was a bulldozer in front of the mansion
         and they were building a house.  What the fuck is that?

JD:      You knew right then he was getting screwed, Joe.

JL:      Yeah.  Yeah.  Well, I found out he, I think you told
         me.

JD:      Hmm.

JL:      That ah, on the lawyer had bought it.

JD:      Yeah.  Lou.  Cherico.

JL:      Right.

JD:      Yeah.

JL:      He's helping you out at all?

JD:      No.  Lou?  He pretended to.  He took me for money too.

JL:      Really?

JD:      Yeah.  He, he's a wannabe mobster.  Let's be honest.  I
         mean, now I know, I know that.  You know, he hated
         Dominick and that's why we ran to him to see if we can,
         he can help us somehow.  You know?  I mean, we're just
         looking to gather information and say like, hey, you
         know.  Stay away from me.  That's basically what I
         want.  But you know then he passed threats through Dan
         Forbes.  He passed threats to Dan, from Sherri to Dan
         Forbes to Joe to tell me and Joe that when he gets out,
         he's gonna kill us.  His words were, he goes I'm gonna
         kill you and your family.

JL:      I remember you telling me.

281A-NY-289758


JD:        Yeah, nice.  Nice guy.

JL:        You know what's funny?  That this whole year has been
           nothing but a fucking battle for me.  He fucked me so
           bad with my company.  I lost a tremendous amount of
           fucking commission.  You know? I told you, okay?  From
           before too, if you ever need me to do something or ah,
           you know.  Uhm...I still have a lot of respect for you.

JD:        No, I appreciate it.

JL:        And...

JD:        I don't know.  Maybe I gotta set fire to my Scarsdale
           house (laughs).  I got problems.

JL:        With what?

JD:        Money.

JL:        The Scarsdale house is not even insured.

JD:        Well, it's gonna be.

JL:        Don't you have insurance on it with Chubb?

JD:        You, you know, the...the truth is, I gotta ask my wife.
           I started panicking because we're finishing and I said,
           we got the appraisal on it now and I said, something
           happens to this house, at least I can get, you know,
           the money back, you know the carpenters are in there.
           The plumbers.

JL:        But you knocked the house down.

JD:        Yeah, we knocked the house down.

JL:        What you should've done is build a builder's risk
           policy in course of construction.

JD:        I wonder if Dee's insured?  Well, what, what, did you
           get papers?

JL:        No, 'cause I insure Dee.

281A-NY-289758

JD:        You insured Dee huh?  You got, you got the papers for
           me?  For the Scarsdale house?  Did you print something?

JL:        I got no papers.

JD:        I told you the other night.  Do it for me.

JL:        Do what?

JD:        I said, do me a favor.  I need insurance on my
           Scarsdale house.  Start looking into it for me.  That's
           what I told you.  That's the real reason I wanted to
           come here today.

JL:        Is that what you said?

JD:        Yeah.  All right.  Get it, get it together for me?

JL:        What do you need?

JD:        I need insurance.  Now what if I want to do something
           there?  You can help me?  If I want to put in a claim?
           Yeah?  I mean, you gotta help me out, you know, I mean,
           I don't know what to do.

JL:        Are you...did you ever cancel the insurance on that
           house?

JD:        I don't know.

JL:        With Chubb.  You gotta find out.

JD:        I, I gotta write these things down.  I'll ask my wife.

JL:        You gotta find out, because if Chubb comes, (UI)

JD:        Really?

JL:        Yeah.  (UI)

JD:        Well maybe they're not insuring this house, but maybe
           it's the old house.  But it doesn't matter, right?

JL:        The house they had the flood in the night I was there.
           That night I was there, with me, left with your
           babysitter, shoveling the water out and you, your wife

281A-NY-289758

          and Dominick and Sherri went to the movies.  Remember?
          Forty-three fifty?

JD:     No, no, no, no.  Eleven Grand Park, Scarsdale.

JL:     Eleven Grand Park.

JD:     Yeah, you know how I got the water in the basement?
          Because of shoddy workmanship he did in the backyard.

JL:     When the water came in through the door?

JD:     Yeah.

JL:     Well I was there...

JD:     Yeah, but that wasn't pipe damage.  I don't think.

JL:     Well, we wanted to make it a pipe damage.

JD:     No, and I said no.

JL:     All right.

JD:     Remember I said to you?  I said no way.

JL:     Right.  I remember water coming through it.  The
          landslide, it was like a landslide in the backyard.
          And I was shoveling it while you and your wife went,
          went to the movies.  No, you went out to dinner first
          and then you went to the movies.  (UI)

JD:     My wife.  Antonella.  Yeah, that's right.

          (Pause)

UF:     Good night John.

JL:     Good night (UI).  See you Monday.

UF:     (UI)

JL:     (UI)

          (Pause)

281A-NY-289758


JL:      John!

JD:      Yeah.

JL:      The only thing I have is Twenty-eight Brae Burn.

JD:      Right.

JL:      And...Forty-three Fifty Purchase Street.

JD:      All right.  So you gotta get one for ah, Scarsdale.

JL:      But you had one.

JD:      I didn't, you know, I don't know these things.  That
         was my wife...

JL:      You gotta check.  Because you had it, I remember.

JD:      I mean, that's like asking me what my Con Ed bill is
         every month.  I mean, you know, I don't know those
         things.  That's what my wife does.

JL:      Cause I remember that you had a policy.  Just ask your
         wife.  Ask your wife, 'cause I remember you had a
         policy covering Park Drive.

JD:      Mmm-hmm.

JL:      Okay?  Because I saw, because I saw the policy.  Okay?
         It was in your garage.  And I was looking at it under
         the light.  You know, I was going like this, 'cause I
         remembered that you had a policy with Chubb.  Okay.  If
         you do that, it's a score (UI).

JD:      Yeah?

JL:      You know?  Because like the first thing I would do is
         call uhm, I call Brent at EAB.  (UI)

JD:      Who's that?

JL:      (UI) he's my, he's my go to guy.

JD:      What is E-A-B?  What's that?

281A-NY-289758


JL:      Executive Adjustment Bureau.

JD:      Oh, all right.  I don't know all these things.

JL:      (Clears throat) And ah, Lou from Crystal, what E-A-B
         does for me, matter of fact, we just had a big loss
         over here on Highland Avenue.

JD:      Mmm-hmm.

JL:      Uhm, I call him up, he goes there, he, he adjusts the
         claim.  Uhm, and, and ah, he gets you the most money
         okay with Chubb.

JD:      All right.

JL:      I got no problem with it.

JD:      All right.

JL:      Uhm, but.

JD:      Well I may be pushed to that, that limit.  You know?  I
         don't know.  This guy's got my back against the wall.
         Unbelievable.  You hear when he's getting out?  Do you
         know?  I really want to sell everything and just leave
         before he does.  Well you know he's gonna come out and,
         and come after me.

JL:      What's he gonna do?

JD:      I don't know.  But I mean...

JL:      What's he gonna do?

JD:      ...I mean he's obviously involved with these guys.

JL:      He probably, you know?  I don't even know what he's
         gonna do.  I mean, (UI)

JD:      Well he stole enough money so he's gonna, probably go
         somewhere else.

JL:      He might pack up and move, go to Florida.

281A-NY-289758

JD:       Supposedly I heard he bought a two million dollar house
          in Florida.  Did you hear that?  Yeah, huh.
          Unbelievable, huh?

JL:       Even his wife, Sonny, everybody (UI)

JD:       Wouldn't be so bad.

JL:       (UI) that uhm, I heard that Patsy got word what he was
          doing and wasn't happy.

JD:       Really?

JL:       (UI) and Neil you know?  Uhm. (UI) Patsy's brother.

JD:       I heard he's like some black belt in karate or
          something?  Junior actually said, he goes, you gotta be
          afraid of him.

JL:       Yeah?

JD:       Yeah, that's what he said.  I don't know.  I don't know
          these people.

JL:       Well, what are they gonna do?  Beat you up they're not
          gonna beat you up.  You know?

JD:       You know John, when I'm at, when I'm at work all day in
          an operating room, you know what the truth is?
          Honestly?  I sit there thinking like, I call my wife
          like ten times a day.  Just say, honey, how's it going?
          Are you okay?  Are you okay?  Ten times a day.  You
          know?  So as soon as I get out of like the O-R, 'cause
          you know, I can be stuck in an O-R for three hours and
          no one can really reach me.  So, you know, it makes me
          panic.  I don't know.  You know.  You know, that when he gets out,
          now what am I gonna do?  You don't think he's gonna try
          and do something against me?

JL:       Nobody knows.  Nobody knows what he's gonna do.  He
          doesn't even know what he's gonna do.

JD:       Well he knows what he's gonna do.

JL:       There's nothing he can do.  The damage is done already.

281A-NY-289758

JD:        He obviously wants to do more.  Put liens against me.
           Threatening me.  Right?  So he's not happy with what
           was done.  You know?  Obviously he wants more done.

JL:        But there are more people after him than he's after
           people.

JD:        You know, I hear that, but is that true?  Who?  Who's
           after him?

JL:        An awful lot of people.

JD:        Yeah.

JL:        Small stuff, this stuff and big stuff.

JD:        He's a mastermind at this stuff.  Unbelievable.  He's,
           he's like the devil.  He just comes at you, makes you
           feel comfortable and meanwhile he's stabbing you in the
           back while he's calling you friend.

JL:        Hmm.

JD:        Isn't that what he did to you?

JL:        A hundred percent.

JD:        It's obviously what he did to me.

JL:        Because Peter was telling me, uhm...

JD:        Peter.

JL:        ...and the lawyer.

JD:        Oh, the lawyer.  (UI)

JL:        'Cause when I seen him, he told me, he says, you know,
           uhm.  He told me, he says, yeah.  I heard the rumor
           about you.

JD:        Oh, about the cocaine?

JL:        Yeah.  I'm like, how did this fuckin' guy hear?

281A-NY-289758

JD:       They probably told him.  You can't trust him.  Get
          working on this for me.  Please ah.

JL:       You gotta find out, ask your wife.

JD:       I'm gonna phone, I'm gonna tell her tonight, when, I'm
          going home now.  I'm gonna ask her.  If we still have a
          policy.

JL:       It's eleven Park?

JD:       Grand Park.

JL:       Scarsdale?

JD:       Scarsdale.  Don't ask me what the zip code is.

JL:       One-oh-five-eight-three.

JD:       Yeah, that's it.  Then I don't know, I'll, I'll see
          what we can do then.  Unbelievable.  He's just an idiot
          (chuckles).  I don't know what this guy's malfunction
          is.

JL:       I don't know either.

JD:       How does he, you know what bothers me more than
          anything?  How does he learn these scams?  And if you
          put this much time into these scams, you can be doing
          something else, like productive.  And the truth is, I,
          you know, he said to me, ah, I want to get away from
          these people.  I'm done with them.  He goes, I made my
          mistakes.  I want to build.

JL:       You know why?

JD:       Yeah.  Why?

JL:       Because it's easy.

JD:       Yeah, I guess it's easy money for him.

JL:       Sure,  He made ninety thousand dollars on a fuckin rug,
          it's easy money, ahm, he had this fuckin rug, ah I
          don't know, some kind of rug, (UI) ninety thousand
          dollars for a rug.  Ninety thousand.

281A-NY-289758


JD:        For a rug?

JL:        For a rug.

JD:        You know what I heard?  Lou told me, uhm, the ah, his
           dining room table?  He gave to the ah, to the insurance
           adjustor.  As a payment.

JL:        Yeah.  Sure, everybody got paid off.  Except me.  (UI)

JD:        And, yeah, you helped, helped him orchestrate it.

JL:        Yeah, you gotta do this.  You gotta do that.  And, you
           know, ah, this.  Everybody got paid off.  Dan Forbes,
           the PA, Public Adjuster, the adjustor, not me,
           everybody except me, the guy who got fucked the most.

JD:        And you got screwed in business.

JL:        But I didn't know that, then.  I knew it after (UI)

JD:        Let me go.  I gotta get going.

JL:        I'll call you.

JD:        All right.  Let me know what's going on.

JL:        You call me and let me know, if your wife doesn't have
           a Chubb policy with ah...

JD:        I gotta, no, I gotta have some kind of insurance on it.
           I mean, God forbid, you know what the truth is too?  I
           don't know if this, maybe this idiot knows and he'll
           burn the house down and I'm left with nothing.  So
           don't say anything to anybody.  'Cause if I don't have
           any insurance.

JL:        No, no.  What's discussed between me and you...

JD:        Is between us.

JL:        Is between you and me.

JD:        All right.  I gotta run.  I'll see you.  All right,
           thanks.

281A-NY-289758


JL:        (UI)

JD:        See you John.

           (Walking)

           (Car door)

           (Car radio)

           (Driving)

           (Car door)

           (Walking)

JD:        Oh boy.

           (Car door)

           (Movement)

MH:        The time is now approximately four forty-six p.m. and
           the recorder is going to be turned off.

           (END)